# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0908

VERSUS

COLUMBUS CHRIS WILLIAMS                          **DECEMBER 7, 2020**

---

In Re:     Columbus Chris Williams, applying for supervisory
           writs, 32nd Judicial District Court, Parish of
           Terrebonne, No. 2004-423851.

---

**BEFORE:    HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              **TMH**
                              **MRT**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT